UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHTSTAR INTERNATIONAL CORP., d/b/a BRIGHTSTAR CORP, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00313<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

This matter is set for an initial case management conference on June 15, 2020. (Doc. No. 4.) The conference will be held by telephone. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate. Counsel need not and should not appear in person.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge