UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHTSTAR INTERNATIONAL CORP.,<br>d/b/a BRIGHTSTAR CORP, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00313<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On June 12, 2020, Defendants Brightstar International Corp., Brightstar Asia, Ltd., and Harvestar Solutions Limited filed a motion to dismiss Plaintiff Tyler Miller's complaint under Federal Rules of Civil Procedure 12(b)(1), (2), and (6). (Doc. No. 14.) Under Local Rule 7.01(a)(3), Miller must file and serve any response in opposition within fourteen days of service of the motion. M.D. Tenn. R. 7.01(a)(3) (response). The defendants may file an optional reply within seven days after service of a response. M.D. Tenn. R. 7.01(a)(4) (reply).

Any filings made related to the motion to dismiss, including motions for extension of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge