UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>BRIGHTSTAR INTERNATIONAL CORP.<br>d/b/a BRIGHTSTAR CORP.,<br><br>  Defendant. | Case No. 3-20-cv-00313<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On July 9, 2020, Defendant Brightstar Corp. d/b/a Brightstar International Corp., filed a motion to dismiss Plaintiff Tyler Miller's amended complaint under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 31.) Under the scheduling order, Miller must file a response within twenty-eight days after the motion is served. (Doc. No. 28.) Brightstar may file an optional reply within fourteen days of service of the response. (*Id*.)

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge