UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIGHTSTAR INTERNATIONAL CORP.,<br><br>　　　Defendant. | Case No. 3:20-cv-00313<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The parties' proposed agreed protective order does not comply with this Court's Local Rule 5.03(d) and will not be entered. The parties may file a revised protective order that reflects the Local Rule for entry by the Court.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge