UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER,<br><br>　　Plaintiff,<br><br>v.<br><br>BRIGHTSTAR INTERNATIONAL CORP.,<br><br>　　Defendant. | Case No. 3:20-cv-00313<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On October 19, 2020, Plaintiff Tyler Miller filed a motion for summary judgment against Defendant Brightstar International Corp. (Doc. No. 41.) As established by the initial case management order (Doc. No. 28), any response in opposition to the motion for summary judgment must be filed within 28 days of the motion. Any optional reply shall be filed within 14 days of the filing of the response.

Any filings made related to the motion for summary judgment, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge