UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHTSTAR INTERNATIONAL CORP., et al.,<br><br>    Defendants. | Case No. 3:20-cv-000313<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

The Magistrate Judge held a telephonic case management conference with counsel for the parties on December 7, 2020. Counsel report that the case is progressing according to the deadlines set in the initial case management order (Doc. No. 28).

Should counsel determine that an extension of the fact discovery period is needed, they may extend that period by agreement if their proposed extension does not require moving the dipositive motion deadline or trial date.

Counsel were reminded of their obligation to file a joint case resolution status report reflecting their ongoing negotiations no later than 60 days before the dispositive motion deadline.

It is so ORDERED.

*[signature]*
ALISTAIR E. NEWBERN
United States Magistrate Judge