# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TYLER MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:20-cv-00313 |
| | ) | |
| BRIGHTSTAR INTERNATIONAL CORP. | ) | Judge Waverly D. Crenshaw, Jr. |
| d/b/a BRIGHTSTAR CORP., | ) | Mag. Judge Alistair Newbern |
| Defendant. | ) | |

<u>PLAINTIFF'S RESPONSES TO BRIGHTSTAR CORP.'S FIRST SET OF
INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND
REQUESTS FOR ADMISSION</u>

The plaintiff, Tyler Miller, responds as follows to Brightstar Corp.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission:

# Redacted

# REQUESTS FOR ADMISSION

1. Admit that you are currently an employee of Brightstar.

**RESPONSE**: Objection. This request calls for a legal conclusion. Subject to this objection, Brightstar's failure to pay plaintiff his agreed-upon salary and its breach of the Employment Agreement may constitute a constructive discharge under applicable law.

2. Admit that your employment with Brightstar has not been terminated.

**RESPONSE**: Denied. Brightstar has repudiated its obligation to pay plaintiff his annual $200,000 salary in accordance with the Company's normal payroll procedures. Such conduct constitutes a constructive termination of plaintiff's employment.

3. Admit that you have not performed any work for Brightstar since the Furlough took effect on March 25, 2020 through the present date.

**RESPONSE**: Admitted.

4. Admit that you have continued to receive your medical, dental, and other employee benefits, as provided for under the Employment Agreement, during the Furlough.

**RESPONSE**: Denied. Plaintiff has not received his annual salary of $200,000, which is the most significant benefit specified in the Employment Agreement.

5. Admit that Brightstar has not changed the amount of your annual base salary (*i.e.*, $200,000.00) under the Employment Agreement.

**RESPONSE**:   Denied. By its conduct Brightstar has effectively reduced plaintiffs' compensation to zero.

6. Admit that Brightstar has not changed your employee benefits under the Employment Agreement.

**RESPONSE**:   Denied. Plaintiff has not received his annual salary of $200,000, which is the most significant benefit specified in the Employment Agreement.

7. Admit that you have not given a written notice of your resignation from Brightstar to Brightstar.

**RESPONSE**:   Admitted.

8. Admit that you have not given written notice to Brightstar "specifically describing" a "condition giving rise to Good Reason" under the Employment Agreement and "allowing [Brightstar] a period of 30 days from the date of receipt of the notice to remedy such condition," within "60 days of the initial existence of such condition."

**RESPONSE**:   Admitted.

9. Admit that you have not actually terminated your employment with Brightstar by giving written notice of resignation within 90 days after the initial existence of a condition giving rise to "Good Reason" under the Employment Agreement.

**RESPONSE**:   Admitted.

10. Admit that you have not "resign[ed] with Good Reason" from Brightstar under the Employment Agreement.

**RESPONSE**: Admitted.

Respectfully submitted,

s/Eugene N. Bulso, Jr
Eugene N. Bulso, Jr. (BPR No. 12005)
Nicholas D. Bulso (BPR No. 35407)
LEADER & BULSO, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219
Tel. (615) 780-4100
Fax. (615) 780-4101
gbulso@leaderbulso.com
nick.bulso@leaderbulso.com

*Attorneys for Tyler Miller*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail on the following:

Peter C. Sales
Frankie N. Spero
Kristina A. Reliford
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Tel. (615) 252-2365
Fax (615) 252-6365
psales@bradley.com
fspero@bradley.com
kreliford@bradley.com

*Attorneys for Brightstar International Corp.*

on this 1st day of October 2020.

s/ Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr.
