UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TYLER MILLER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-cv-00313 |
| **BRIGHTSTAR INTERNATIONAL CORP. d/b/a BRIGHTSTAR CORP,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Due to conflicts in the Court's docket and because Defendant's motion for summary judgment (Doc. No. 56) will not be ripe for review until April 29, 2021,[1] the Court needs to reschedule the May 25, 2021 trial date. Accordingly, the May 25, 2021 trial is **CANCELLED**.

Before the Court will reschedule a new trial date, the parties shall first engage in another formal attempt to resolve the case. On or before **April 23, 2021**, the parties shall confer and file a joint notice setting forth: (1) their agreed mediator; and (2) the date or dates of the mediation. If the parties cannot agree on a mediator within the time limit allotted, the Court will select a mediator for them. And if the parties' mediation proves unsuccessful, the parties shall then file a joint motion to set a new trial date.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although neither party is at fault here, the Local Rules generally require that "no dispositive motion deadline, including response and reply briefs, shall be later than ninety (90) days in advance of the target trial date." M.D. Tenn. R. 16.01(h)(1).