UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TYLER MILLER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   No. 3:20-cv-00313 |
| | ) |
| **BRIGHTSTAR INTERNATIONAL** | ) |
| **CORP. d/b/a BRIGHTSTAR CORP,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion for Summary Judgment (Doc. No. 41) is **GRANTED** and Defendant's Motion for Summary Judgment (Doc. No. 56) is **DENIED**. The Court adjudges Defendant liable to Plaintiff for breach of contract, and orders Defendant to pay compensatory damages to Plaintiff in the amount of $141,369.86. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, the June 22, 2021 trial and June 14, 2021 pretrial conference are **CANCELLED**, and the parties' remaining deadlines set forth in the Court's April 28, 2021 Order (Doc. No. 69) are terminated. The pending motions in limine (Doc. Nos. 71, 73, 75, 77) are **DENIED AS MOOT**.

The Court will reserve decision on whether Plaintiff is also entitled to an award of attorneys' fees, costs, expenses, and prejudgment interest until presented with a separate motion. See Fed. R. Civ. P. 54; M.D. Tenn. L.R. 54.01.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE