UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:20-cv-00313 |
| BRIGHTSTAR INTERNATIONAL CORP. d/b/a BRIGHTSTAR CORP, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff's Motion for Attorney's Fees, Costs, Expenses and Prejudgment Interest (Doc. No. 82) is hereby **REFERRED** to the Magistrate Judge for preparation of a Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE