UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYLER MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00313 |
| | ) |
| BRIGHTSTAR INTERNATIONAL | ) |
| CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 93) recommending the Court grant in part and deny in part Miller's Amended Motion for Attorney's Fees, Costs, Expenses, and Prejudgment Interest (Doc. No. 89). No timely objections have been filed.

The failure to "timely object to a report and recommendation releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court reviewed the R&R and agrees with the Magistrate Judge's recommended disposition. Thus, the R&R is **APPROVED AND ADOPTED**; Miller's Amended Motion for Attorney's Fees, Costs, Expenses, and Prejudgment Interest (Doc. No. 89) is **GRANTED IN PART** and **DENIED IN PART**. Miller's requests for $92,125.00 in attorney's fees and for $3,457.61 in prejudgment interest is **GRANTED**. His request for $2,478.45 in costs

and expenses is **GRANTED IN PART** and **DENIED IN PART**; the Court awards Miller $1,318.74 in costs.

    IT IS SO ORDERED.

                                                               _____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE